# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| KUHLMANN JR., DOUGLAS L § | Case No. 12-18570 |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/19/2014 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/18/2014</u>        By: <u>CLERK OF THE COURT</u>


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
KUHLMANN JR., DOUGLAS L  §  Case No. 12-18570
  §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 101,295.18 |
| and approved disbursements of | $ | 6,139.15 |
| leaving a balance on hand of[1] | $ | 95,156.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 8,314.76 | $ 0.00 | $ 8,314.76 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 45.88 | $ 0.00 | $ 45.88 |
| Attorney for Trustee Fees: John Brattoli & Joseph Panera & Associat | $ 43,849.81 | $ 0.00 | $ 43,849.81 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,445.50 | $ 0.00 | $ 1,445.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 53,655.95 |
| Remaining Balance | $ | 41,500.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,500.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ 12,937.17 | $ 0.00 | $ 12,937.17 |
| 000002 | Discover Bank | $ 9,178.02 | $ 0.00 | $ 9,178.02 |
| 000003 | American InfoSource LP as agent for | $ 6,996.45 | $ 0.00 | $ 6,996.45 |
| 000004 | American InfoSource LP as agent for | $ 6,897.01 | $ 0.00 | $ 6,897.01 |
| 000005 | American InfoSource LP as agent for | $ 5,491.43 | $ 0.00 | $ 5,491.43 |
| | Total to be paid to timely general unsecured creditors | | | $ 41,500.08 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                    Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-18570-BWB
Douglas L Kuhlmann, Jr.                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick              Page 1 of 2                Date Rcvd: Nov 19, 2014
                               Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2014.
db             #+Douglas L Kuhlmann, Jr.,    24442 S. Kings Rd,    Crete, IL 60417-9629
18874717       +Alpat Coll,    Po Box 1689,    Slidell, LA 70459-1689
19184892       +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),    294 Union St.,    Hackensack, NJ 07601-4303
18874720       +Ctbk/sylvan,    Citifinancial/Attn: Bankruptcy Dept,    Po Box 140489,    Irving, TX 75014-0489
18874722      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Cred,    Po Box 6275,    Deerborn, MI 48121)
20723552        GE Capital Retail Bank,   (PayPal Extras Mastercard),    Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
18874723       +HSBC,    PO Box 19360,    Portland, OR 97280-0360
18874724       +Hsbc/polars,    90 Christiana Rd,    New Castle, DE 19720-3118
18874725       +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
18874730       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18874731        Stellar Recovery Inc,    1845 Us Hwy 93 Sou,    Kalispell, MT 59901
18874732       +Trust Rec Sv,    541 Otis Bowen Dri,    Munster, IN 46321-4158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19272902        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2014 02:03:52
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
18923997       +E-mail/Text: bnc@atlasacq.com Nov 20 2014 01:49:07     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
18874718       +E-mail/Text: don@regionalrecoveryservice.com Nov 20 2014 01:50:59     Cb Usa Inc,
                 5252 S Hohman Ave,    Hammond, IN 46320-1723
18874719       +E-mail/Text: clerical.department@yahoo.com Nov 20 2014 01:48:54     Credtrs Coll,    Po Box 63,
                 Kankakee, IL 60901-0063
19189736        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2014 02:05:13     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18874721       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2014 02:05:13     Discover Fin,
                 Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18874726       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2014 01:49:16     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18874727       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2014 02:06:02     Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
18874728       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2014 01:49:59     Midland Credit Mgmt In,
                 8875 Aero Dr,    San Diego, CA 92123-2255
18874729       +E-mail/Text: mmrgbk@miramedrg.com Nov 20 2014 01:50:09     Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: driddick              Page 2 of 2                   Date Rcvd: Nov 19, 2014
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2014 at the address(es) listed below:
         Andrew K. Weiss   on behalf of Debtor Douglas L Kuhlmann, Jr. andrew.weiss@gardencitygroup.com
         Michael L Sherman   on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter N Metrou    on behalf of Spec. Counsel John P Brattoli met.trustee7@att.net,
 met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    on behalf of Accountant    Popowcer Katten LTD met.trustee7@att.net,
 met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    on behalf of Spec. Counsel Joseph L Planera & Associates met.trustee7@att.net,
 met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
 met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
         Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
 pmetrou@ecf.epiqsystems.com
                                                                                                                                                                                    TOTAL: 8