UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
KUHLMANN JR., DOUGLAS L             §    Case No. 12-18570
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Peter N. Metrou, Trustee _____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ford Cred Po Box 6275 Deerborn, MI 48121 |  |  |  |  |  |
|  | HSBC PO Box 19360 Portland, OR 97280 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| JOHN BRATTOLI & JOSEPH PANERA & ASS | | | | | |
| POPOWCER KATTEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpat Coll Po Box 1689 Slidell, LA 70459 | | | | | |
| | Cb Usa Inc 5252 S Hohman Ave Hammond, IN 46320 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Ctbk/sylvan Citifinancial/Attn: Bankruptcy Dept Po Box 140489 Irving, TX 75014 | | | | | |
| | Hsbc/polars 90 Christiana Rd New Castle, DE 19720 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Stellar Recovery Inc 1845 Us Hwy 93 Sou Kalispell, MT 59901 | | | | | |
| | Trust Rec Sv 541 Otis Bowen Dri Munster, IN 46321 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK N | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 12-18570 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | KUHLMANN JR., DOUGLAS L | Date Filed (f) or Converted (c): | 05/07/12 (f) |
| | | 341(a) Meeting Date: | 06/04/12 |
| For Period Ending: | 04/16/15 | Claims Bar Date: | 10/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase Debtor has a 1/2 Inter | 150.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Personal used clothing | 250.00 | 0.00 | | 0.00 | FA |
| 4. In 2011, the Debtor received a tax refund of $544. | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2008 Ford Focus with 55,000 miles Value per KBB.co | 7,810.00 | 0.00 | | 0.00 | FA |
| 6. 2004 Kawasaki Mean Streak with 675 miles Value per | 3,335.00 | 0.00 | | 0.00 | FA |
| 7. Pending Litigation (u) | Unknown | 0.00 | | 101,295.18 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $12,545.00      $0.00      $101,295.18      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution mailed 1-23-15;

Judgment entered for Debtor. Collection proceedings against defendant in progress pursuant to status report of 2/27/14

Initial Projected Date of Final Report (TFR): 08/12/01      Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-18570 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KUHLMANN JR., DOUGLAS L | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4879  Checking Account |
| Taxpayer ID No: | *******0814 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 101,295.18 | | 101,295.18 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.00 | 101,261.18 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 145.66 | 101,115.52 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 150.33 | 100,965.19 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 145.26 | 100,819.93 |
| 07/31/14 | 005001 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053<br>Chicago, IL 64338 | Payment of post petition taxes | 2820-000 | | 1,786.00 | 99,033.93 |
| 07/31/14 | 005002 | INTERNAL REVENUE SERVICE | Payment of post petition taxes | 2810-000 | | 3,728.00 | 95,305.93 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 149.90 | 95,156.03 |
| 01/20/15 | 005003 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 8,360.64 | 86,795.39 |
| | | | Fees         8,314.76 | 2100-000 | | | |
| | | | Expenses       45.88 | 2200-000 | | | |
| 01/20/15 | 005004 | POPOWCER KATTEN, LTD<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Accountant Fees | 3410-000 | | 1,445.50 | 85,349.89 |
| 01/20/15 | 005005 | John Brattoli & Joseph Panera & Associat<br>222 Vollmer Road, Suite 2A<br>Chicago, IL 60411 | Special Counsel Fees | 3210-000 | | 43,849.81 | 41,500.08 |
| 01/20/15 | 005006 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 100.00000% | 7100-000 | | 12,937.17 | 28,562.91 |
| 01/20/15 | 005007 | Discover Bank<br>DB Servicing Corporation | Claim 000002, Payment 100.00000% | 7100-000 | | 9,178.02 | 19,384.89 |

Page Subtotals       101,295.18       81,910.29

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-18570 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KUHLMANN JR., DOUGLAS L | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4879  Checking Account |
| Taxpayer ID No: | *******0814 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/15 | 005008 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 100.00000% | 7100-000 | | 6,996.45 | 12,388.44 |
| 01/20/15 | 005009 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 100.00000% | 7100-000 | | 6,897.01 | 5,491.43 |
| 01/20/15 | 005010 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000005, Payment 100.00000% | 7100-000 | | 5,491.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 101,295.18 | 101,295.18 | 0.00 |
| Less: Bank Transfers/CD's | 101,295.18 | 0.00 | |
| Subtotal | 0.00 | 101,295.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 101,295.18 | |

Page Subtotals        0.00        19,384.89

Ver: 18.04

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-18570 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KUHLMANN JR., DOUGLAS L | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0895 Checking Account |
| Taxpayer ID No: | *******0814 | | | |
| For Period Ending: | 04/16/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/14 | 7 | AMERICAN SERVICE & INSTALLATION | RECEIPT OF 3RD PARTY SETTLEMENT FUD | 1249-000 | 1,295.18 | | 1,295.18 |
| 03/06/14 | 7 | MATTHEW AND CHRISTINE JACSKON | LITIGATION SETTLEMENT | 1249-000 | 100,000.00 | | 101,295.18 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 101,295.18 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 101,295.18 | 101,295.18 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 101,295.18 | |
| Subtotal | 101,295.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 101,295.18 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4879 | 0.00 | 101,295.18 | 0.00 |
| Checking Account - ********0895 | 101,295.18 | 0.00 | 0.00 |
| | 101,295.18 | 101,295.18 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  101,295.18  101,295.18

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*